

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00237-CV

Sue Ellen **DOWNING**,
Appellant

v.

Gregory C. **DOWNING**,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2023FLB000361C3
Honorable Victor Villarreal, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We ORDER all costs of this appeal assessed against appellant, Sue Ellen Downing.

SIGNED June 20, 2024.

_____
Rebeca C. Martinez, Chief Justice